UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>STEVEN DALE MAREZ | No. 1:15-MC-004-MJS<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY** |

Steven Dale Marez, having been summoned for jury duty in this District on November 14, 2014, and not having appeared for same, is hereby ORDERED TO APPEAR before Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on April 17, 2015 at 9:30 a.m., and Show Cause why he should not be held in contempt for failure to appear as summoned and comply with her jury service obligations.

Said Steven Dale Marez is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof.  28 U.S.C. Section 1866 (g).

**The Clerk's Office is directed to forward a copy of this Order to Show Cause to the address on file for Steven Dale Marez.**

IT IS SO ORDERED.

Dated:   January 12, 2015            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

.