IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>STEVE DALE MAREZ | CASE NO. 1:15-MC-00004 – MJS<br><br>ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY<br><br>DATE: September 11, 2015<br><br>TIME: 9:30 AM<br><br>COURTROOM: NO. 6 |

Steve Dale Marez, having been summoned for jury duty in this District on November 14, 2014, and for an Order to Show Hearing on 4/17/2015, and not having appeared for same, is hereby ORDERED TO APPEAR before Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on September 11, 2015, 9:30 AM, and Show Cause why he should not be held in contempt for failure to appear as summoned and comply with his jury

1

service obligations.

      Said Steve Dale Marez is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof.  28 U.S.C. Section 1866 (g).

      The U.S. Marshal for the Eastern District of California is directed to personally serve a copy of this Order on Steve Dale Marez.

      IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   May 12, 2015            /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE