UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 1:15-MC-0004-MJS |
| STEVE DALE MAREZ | ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY |
| | DATE: October 30, 2015 |
| | TIME: 9:30 AM |
| | COURTROOM :No. 6 |

Steve Dale Marez, having been summoned for jury duty in this District on November 14, 2014, and for an Order to Show Hearing on April 17, 2015, and not having appeared for same, is herby ORDERD TO APPEAR before Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno California, on  October 30, 2015 at 9:30 AM, and Show Cause why he should not be held in contempt for failure to appear as summoned and comply with his jury service obligations .

1  Said Steve Dale Marez is advised that any person who fails to show good cause
2  for noncompliance with a jury summons may be fined not more than $1000.00,
3  imprisoned not more than three days, ordered to perform community service, or any
4  combination thereof.  28 U.S.C. Section 1866 (g).
5  The U.S. Marshal for the Eastern District of California is directed to personally
6  serve a copy of this Order on Steve Dale Marez.

IT IS SO ORDERED.

Dated:   September 21, 2015         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE